United States District Court
Southern District of Texas
**ENTERED**
May 29, 2026
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| SERVANDO FRIAS SANCHEZ, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:26-cv-03396 |
| | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| RANDY TATE, *et al*, | § | |
| Respondents. | § | |

### ORDER

Pending is a petition for writ of *habeas corpus* by Petitioner Servando Frias Sanchez under 28 USC §2241. Dkt 1. Prior order directed the Government to show cause by May 6, 2026, with Petitioner to file any reply by May 13, 2026. Dkt 4.

On May 22, 2026, the Government filed a motion for summary judgment, explaining that it first received notice of this action that day. See Dkt 5 at 1. The explanation sufficiently accounts for the delay. The motion will thus be accepted as timely.

Petitioner may now file any response by June 5, 2026.

SO ORDERED.

Signed on __May 29, 2026__ , at Houston, Texas.

Honorable Charles Eskridge
United States District Judge